UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HECTOR TELLO TELLO,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden of the Otay Mesa Detention Center; GREGORY ARCHAMBEAULT, Director of the San Diego Field Office, United States Immigration and Customs Enforcement; PAM BONDI, Attorney General, United States Department of Justice; KRISTI NOEM, Secretary, United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; and DOES 1-5,

Respondents.

Case No.: 26-cv-0525-JES-AHG

**ORDER CLOSING CASE**

//

//

//

//

//

1

26-cv-0525-JES-AHG

On February 3, 2026, this Court granted Petitioner Hector Tello Tello's petition for writ of habeas corpus. ECF No. 6. The Court ordered the Clerk to leave the case open pending a status report, which Respondents have now filed. ECF No. 7. The Clerk of the Court is now directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: March 30, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-0525-JES-AHG